IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-cv-264-RJC-DSC

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JORDAN SCOTT CAIN, et. al., | ) ) |
| Defendants. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application (s) for Admission to Practice Pro Hac Vice [for James F. Jordan and Jason P. Kairalla]" (documents ##6 and 7) filed April 27, 2012. For the reasons set forth therein, the Motions are <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: April 30, 2012

David S. Cayer
United States Magistrate Judge