UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-264-RJC-DSC

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| JORDAN SCOTT CAIN and GOLD DISTRIBUTORS, INC., ) ) ) | |
| Defendants. ) | |

This matter is before the Court upon Plaintiff's Motion for Leave to File Under Seal. (Doc. No. 5). For good cause shown, the Court **GRANTS** Plaintiff's motion to file its customers' and Cain's personal information under seal. (Doc. No. 5).

Signed: May 2, 2012

Robert J. Conrad, Jr.
Chief United States District Judge