UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-264-RJC-DSC

| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| JORDAN SCOTT CAIN and GOLD DISTRIBUTORS, INC., | ) ) ) | |
| Defendants. | ) | |

**THIS CAUSE** is before the Court on Plaintiff's Status Report filed on July 17, 2012. (Doc. No. 32). Plaintiff reports that the parties have not reached a final settlement, but are endeavoring to do so. Plaintiff requests leave of Court to file a further status report of final settlement or to provide Defendant notice of depositions by September 18, 2012. For good cause shown, the Court will grant Plaintiff's request for an extension.

**IT IS, THEREFORE, ORDERED** that Plaintiff must file a status report reporting a final settlement or notice Defendant of depositions by September 18, 2012.

Signed: September 13, 2012

Robert J. Conrad, Jr.
Chief United States District Judge